AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Tymkovich, Timothy M. | **2. Court or Organization**<br><br>Tenth Circuit Court of Appeals | **3. Date of Report**<br><br>06/07/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge -- Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>1823 Stout<br>Denver, CO 80202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member | 230 Joint Venture |
| 2. | member | HHT LLC |
| 3. | member | 250 Joint Venture |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/15/2018 | Lexis Nexis -- publication royalties I | $3,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 11/18/18 | Washington DC | convention | hotel, meals, |
| 2. | Federalist Society | 01/25/18 | Simi Valley, CA | moderator | hotels, meals, transportation |
| 3. | Liberty U | 04/07/18 | Lynchburg, VA | moot court | hotel, meals, transportation |
| 4. | Federalist Society | 4/11/18 | New Havaen, CT | speech | hotel, meals, transportation |
| 5. | Federalist Society | 04/2/18 | Palo Alto, CA | speech | hotel, meals, transportation |
| 6. | Chemonics | 05/19/18 | Kiev, Ukraine | training | hotels, meals, transportation |
| 7. | George Mason | 09/29/18 | Arlington, VA | moot court | hotel, meals, transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Tymkovich, Timothy M.** | 06/07/2019 |

| 8. | Vanderbilt Law School | 10/02/18 | Nashville, TN | speech | hotel, meals, transportation |
|---|---|---|---|---|---|
| 9. | NABJ | 10/28/18 | San Antonio, TX | meeting | hotel, meals, transportation |
| 10. | Ukrainian Bar Association | 11/14/18 | Washington DC | meeting | hotel, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 06/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 2. Merrill Lynch Bank USA | C | Interest | J | T | | | | | |
| 3. Agilent Technology | A | Dividend | J | T | | | | | |
| 4. Keysight | C | Dividend | J | T | | | | | |
| 5. Hanesbrand | A | Dividend | J | T | | | | | |
| 6. Cheseapeake | A | Dividend | J | T | | | | | |
| 7. Seventy Seven Energy | B | Dividend | J | T | | | | | |
| 8. Bank of America Common Stock | A | Dividend | K | T | | | | | |
| 9. US Silica | C | Dividend | | | Sold | 03/06/18 | J | A | |
| 10. Union Pacific | C | Dividend | J | T | | | | | |
| 11. Coca Cola | A | Dividend | K | T | | | | | |
| 12. General Electric | D | Dividend | N | T | Sold (part) | 11/07/18 | K | A | |
| 13. Hewlett Packard | B | Dividend | L | T | | | | | |
| 14. HP Enterprises | A | Dividend | K | T | | | | | |
| 15. MicroFocus | B | Dividend | J | T | | | | | |
| 16. DXC | A | Dividend | J | T | | | | | |
| 17. IBM | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel | A | Dividend | M | T | | | | | |
| 19. Johnson & Johnson | B | Dividend | M | T | | | | | |
| 20. Microsoft | C | Dividend | M | T | | | | | |
| 21. 3M | A | Dividend | K | T | | | | | |
| 22. Motorola Mobility | B | Dividend | K | T | | | | | |
| 23. Schwab Government Money Fund | A | Dividend | J | T | | | | | |
| 24. Schwab Advisor Cash Reserves | B | Interest | K | T | | | | | |
| 25. Schwab Advisor Cash Reserves Premie | A | Dividend | J | T | | | | | |
| 26. Schwab Total Stock Market Index Fund | B | Dividend | N | T | Buy (add'l) | 10/11/18 | L | | |
| 27. AT&T | A | Dividend | K | T | | | | | |
| 28. News Corp | A | Dividend | J | T | | | | | |
| 29. 21 Century Fox | A | Dividend | J | T | | | | | |
| 30. Templeton Developing Market | A | Dividend | J | T | | | | | |
| 31. Templeton Emerging Markets | A | Dividend | J | T | | | | | |
| 32. Delaware Holdings Mutual Fund | A | Interest | J | T | | | | | |
| 33. Walmart | A | Dividend | M | T | | | | | |
| 34. Northwest Mutual insurance cash value | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple | A | Dividend | J | T | | | | | |
| 36. Alphabet | A | Dividend | J | T | | | | | |
| 37. Amazon | A | Dividend | J | T | | | | | |
| 38. Wells Fargo Common Stock | C | Dividend | L | T | | | | | |
| 39. JPMorgan Common Stock | A | Dividend | K | T | | | | | |
| 40. HHT LLC | D | Distribution | J | T | | | | | |
| 41. 230 Joint Venture (Br rental)($100,000; 10/2004) Broomfield Colorado) | G | Rent | M | W | | | | | |
| 42. 250 Joint Venture $70,000; 10/2014) (Broomfield Colorado | | None | L | W | | | | | |
| 43. Pfizer | B | Dividend | J | T | | | | | |
| 44. Dimension Mutual Funds | C | Dividend | J | T | | | | | |
| 45. DFA U.S. Core Equity II Portfolio Institutional Class | B | Dividend | L | T | | | | | |
| 46. DFA U.S. Large Cap Value III Portfolio | B | Dividend | L | T | | | | | |
| 47. DFA U.S. Small Cap Portfolio Institutional Class | B | Dividend | L | T | | | | | |
| 48. DFA U.S. Small Cap Value Portfolio Institutional Class | A | Dividend | K | T | | | | | |
| 49. DFA International Core Equity Portfolio Institutional Class | B | Dividend | L | T | | | | | |
| 50. DFA International Value Portfolio III | A | Dividend | K | T | | | | | |
| 51. DFA International Small Cap Value Portfolio Institutional Class | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 06/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA Emerging Markets Core Equity Portfolio Institutional Class | A | Dividend | K | T | | | | | |
| 53. DFA Commodity Strategy Portfolio Institutional Class Shares | A | Dividend | K | T | | | | | |
| 54. Caterpillar | C | Dividend | J | T | | | | | |
| 55. Disney | C | Dividend | J | T | Spinoff (from line 29) | 07/18/18 | J | | |
| 56. WabTech | B | Dividend | J | T | Spinoff (from line 12) | 03/14/18 | J | | |
| 57. Perspecta | A | Dividend | J | T | Spinoff (from line 16) | 08/14/18 | J | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 06/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This was a spinoff from HP and then merged with MicroFocus
2. This was formerly known as Imation
3. This reports a previous 2105 merger that was not previously reported
4. This reports a treasury bond that should have been previously reported in 2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Timothy M. Tymkovich**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544